IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| K. DAVID WILLIAMS and FATIMA K. WILLIAMS, <br>  Plaintiffs, <br><br> v. <br><br> TOYOTA MOTOR CORPORATION, TOYOTA TECHNICAL CENTER, U.S.A., INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA INC., and TOYOTA MOTOR SALES, U.S.A., INC., <br> Defendants. | § § § § § § § § § § § § § § | Case No. 4:08-cv-487 |

## FINAL JUDGMENT

On July 27, 2009, this action came on for trial before a jury. Both parties announced ready for trial and, following the presentation of evidence, the jury was instructed to answer certain questions. The jury returned a verdict by answering the questions on August 10, 2009. The jury found that the Plaintiffs did not prove by a preponderance of the evidence that the Defendants were responsible for the occurrence or injury in question. The jury awarded no damages. It is, therefore,

**ORDERED** that the Plaintiffs take nothing from the Defendants. It is further

**ORDERED** that costs of court shall be taxed against the Plaintiffs. It is finally

**ORDERED** that any relief not specifically granted is denied.

 **SIGNED this the 10th day of August, 2009.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE